# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **Tammie Sebastian,** | ) | **Case No.: 1:19-CV-2650** |
| | ) | |
| Plaintiffs, | ) | **Judge Christopher A. Boyko** |
| | ) | |
| vs. | ) | **PLAINTIFF'S NOTICE OF** |
| | ) | **VOLUNTARY DISMISSAL WITH** |
| **Parma City School District, et al.,** | ) | **PREJUDICE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now comes Plaintiff, by and through undersigned counsel, and hereby gives notice of her voluntary dismissal, with prejudice, pursuant to Federal Civil Rule of Procedure 41(a)(1)(A)(i).

Respectfully submitted,

/s/ Matthew Abens
MATTHEW B. ABENS (0075308)
DAVID L. HARVEY III (0080918)
JASON T. HARTZELL (0092458)
Harvey Abens Iosue Co., LPA
3404 Lorain Avenue
Cleveland, OH 44113
Phone: (216) 651-0256
Fax: (216) 651-1131
mbabens@harvlaw.com
dvdharv@harvlaw.com
jhartzell@harvlaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of February, 2020, a copy of the foregoing was served electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                   /s/ Matthew B. Abens
                                                                   One of the attorneys for Plaintiff